FILED - LN
August 13, 2026 12:48 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: nmi / ____ SCANNED BY: NT 8/13

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

JAMIE PHILLIP PERRY

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

1:26-cv-2326
Paul L. Maloney
US District Judge
Maarten Vermaat
US Magistrate Judge

v.

STATE OF MICHIGAN

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

## COMPLAINT
*(Print Clearly)*

I. **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility? Yes ☑ No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   Lancing, Kalamazoo, Grand Rapids

2. Is the action still pending? Yes ☑ No ☐

   a. If your answer was no, state precisely how the action was resolved: ____

3. Did you appeal the decision? Yes ☑ No ☐

4. Is the appeal still pending? Yes ☑ No ☐

   a. If not pending, what was the decision on appeal? ____

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☑ No ☐

   a. If so, explain: ____

II. **Parties**

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff JAMIE PHILLIP PERRY

Place of Present Confinement Center for forensic Psychiatry

Address 8303 Platt Road Saline, michigan 48176

Place of Confinement During Events Described in Complaint Berrien County Jail

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 State of michigan

Position or Title Government

Place of Employment capital

Address Lancing MI,

Official and/or personal capacity? Official

Name of Defendant #2 ______

Position or Title ______

Place of Employment ______

Address ______

Official and/or personal capacity? ______

Name of Defendant #3 ______

Position or Title ______

Place of Employment ______

Address ______

Official and/or personal capacity? ______

Name of Defendant #4 ______

Position or Title ______

Place of Employment ______

Address ______

Official and/or personal capacity? ______

Name of Defendant #5 ______

Position or Title ______

Place of Employment ______

Address ______

Official and/or personal capacity? ______

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

(1) Is being held in violation of the state 180 day rule speedy trial and U.S. Const speedy trial 90 days both predudicing the Plaintiff As the Remedy is a dismissal with Predudice.

(2) A dismissal From michigan Court of appeals has occured as the remedy is with Predudice that was filed by the Plaintiff requesting action be taking on a motion 4-20-26 through 4-30-26

(3) Is being held in violation of the state and Federal Double Jeopardy Clause as originating case NO. 2023016049 and Double Jeopardy case NO 2026005442

(4) Is Claiming the City and County is Acting under Color of State law.

(5) Documents Included (1 Speedy trial with Proof of service) and (2 refiling of criminal Charges Bond summary)

IV. **Relief**

State briefly and precisely what you want the court to do for you.

(1) Requesting a Court order dismissing all Criminal Charges as the Plaintiff asserts U.S. Citizen Sovereign Immunity and to be released from illegal custody.
(2) Requesting Puntive damages of $1 Billion with immediate consideration of a $ 500 million Settlement
(3) Immediate Consideration requested for subsection (1)(2) with Respect to the Courts

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☐ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☑ I request that this case be assigned to a district judge.

08-05-2026
Date

[signature]
Signature of Plaintiff

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

Jamie P Perry
8303 Platt Road
Saline, Michigan 48176

METROPLEX MI 480
11 AUG 2026PM 15 L

US POSTAGE PITNEY BOWES
ZIP 48176 $ 001.07[0]
02 4W
0000386323 AUG 07 2026

U.S. DISTRICT COURT

OFFICE OF THE CLERK

113 FEDERAL BUILDING

USMS
Screened By

USPS
Champs

315 W ALLEGAN ST.
LANSING, MICHIGAN 48933

48933-154799